United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| GEORGE HINOJOSA, § <br> Plaintiff § <br> § <br> v. § <br> § <br> UNITED PROPERTY AND CASUALTY § <br> INSURANCE COMPANY, § <br> Defendant § | Civil Action No. 1:23-cv-01 |

# ORDER

On March 6, 2023, the undersigned issued a Report and Recommendation in this case. Dkt. No. 14. To allow for the required period for objections, the initial pretrial conference set for **March 28, 2023** is hereby **CANCELED**.

**SIGNED** on this **8th** day of **March, 2023**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge